IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDEEP SINGH,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:22-CV-1411-KJM-DMC-P<br><br>ORDER |

   Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Respondent's motion, ECF No. 13, to file a late response. Good cause appearing therefor based on counsel's declaration indicating excusable neglect due to a calendaring error, Respondent's motion is granted. Respondent's motion to dismiss, ECF No. 15, filed on October 26, 2022, is deemed timely. Petitioner's opposition to Respondent's motion is due within 30 days of the date of this order.

   IT IS SO ORDERED.

Dated: November 7, 2022

                      _____
                      DENNIS M. COTA
                      UNITED STATES MAGISTRATE JUDGE

1